UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>HOKU CORPORATION,<br>                Debtor.<br><br>GARY L. RAINSDON, Chapter 7 Trustee,<br>                Plaintiff,<br><br>                v.<br><br>SPX COOLING TECHNOLOGIES, INC., a Delaware corporation, and John Does 1 through 10,<br>                Defendants. | Case No. 4:15-cv-414-BLW<br><br>**ORDER OF DISMISSAL** |

Based on a stipulation of the parties filed in bankruptcy court, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding. *See* Dkt. 26 in Case No. 15-8121-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs.



DATED: November 16, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

DISMISSAL ORDER - 1